## Ex parte E. A. STANLEY.

No. A-7097. Opinion Filed July 16, 1928.

(268 Pac. 1118.)

W. G. Boyd and Lewis Hunter, for petitioner.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The petitioner, E. A. Stanley, filed his petition on July 5, 1928, for a writ of habeas corpus, asking this court to fix bail for his appearance in the district court on a charge of murder alleged to have been committed in Comanche county. Petitioner failing to appear further, he has either abandoned his petition, or has decided the same is without merit. His petition is therefore dismissed.